DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARLOS ALVERTO HERNANDEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-1685

[April 11, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn Kelley, Judge; L.T. Case No. 15CF001094AMB.

Carey Haughwout, Public Defender, and Stacey Kime, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Georgina Jimenez-Orosa, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

The State concedes error as to the sentencing issues that arose in this case. As to the reckless driving conviction in count three, this cause is remanded to the trial court to correct the written sentence to accurately reflect the oral pronouncement of sentence by the trial court. The convictions for counts four and five are vacated.

All other issues are affirmed.

*Affirmed in part and reversed and remanded in part.*

CIKLIN, CONNER, JJ., and ROBERTS, KATHLEEN, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***